52ND STREET RESTAURANT CORPORATION, Appellant, v. CITY OF NEW YORK, Defendant, Impleaded with PATRICK MCGOVERN, INC., Respondent.— Action for damages to premises, leased by plaintiff for restaurant, due to construction by respondent of a section of the new Independent Subway System under Fifty-third street, under a contract with the city of New York. Judgment unanimously

affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.